**Order entered April 18, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01449-CV

### JOAN L. GILLHAM, Appellant

### V.

### ANGELINA SANCHEZ, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-00889**

## ORDER

Before the Court is appellant's April 17, 2018 motion for extension of time to file brief.

We **GRANT** the motion to the extent the brief shall be filed within thirty days of the filing of the

reporter's record or June 4, 2018, whichever is later.

/s/      DAVID EVANS
JUSTICE